**Opinion issued July 23, 2026.**



In the

# Court of Appeals

for the

# First District of Texas

———————————

## NO. 01-25-00389-CV

———————————

**MARCUS RAY SESSION, Appellant**

**v.**

**MR. MIKE MILES, AUDREY MOMANAEE, HOUSTON ISD BOARD OF MANAGERS, AND HOUSTON INDEPENDENT SCHOOL DISTRICT, Appellees**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-84753**

---

## MEMORANDUM OPINION

Appellant Marcus Ray Session has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1) (authorizing dismissal on appellant's motion). No other party has filed a notice of appeal, and no opinion has issued. TEX. R. APP. P.

42.1(a)(1), (c). In the motion, appellant represents that appellees are unopposed. *See* TEX. R. APP. P. 10.1(a)(5) (requiring certificate of conference). Accordingly, we grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.